EMERGENCY
COMPLAINT AND REQUEST FOR INJUNTION

1. NICHOLAS JOSEPH NARDINI

2. RESPONDAET SUPERIOR

FEDERAL QUESTION
FIRST ADMENDMENT OF THE UNITED STATES CONSTITUTION. RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES.

TODAY AUG, 29 2023 WHILE IN MY HOTEL ROOM 2 BLOCKS FROM THIS COURT HOUSE AND WHILE IVE BEEN INSIDE THIS FEDERAL BUILDING I HAVE BEEN ITERFERED WITH THROUGH INVOULNTARY TREATMENT, COHERCIVE CONTROL, BY THE SAME ACTORS, CONTRACTORS THAT HAVE USED THE COLOR OF LAW AS THEIR AUTHORITY OR IN AN ATTEMPT TO INVOKE THE COLOR OF LAW AS THEIR PROTECTION. THE REASON I AM HERE TODAY IS TO PETITION THIS COURT TO GRANT A WRIT OF HABEAS CORTUS FROM THE RESPONDENT SUPERIOR THAT HAS ASSULTED, THREATNED, TAKEN, HELD ME MY PROPERTY FOR THE LAST 4 YEARS.
THE USE OF PROJECTED SPEECH, ACUSTIC HAILING, SOUND DETERENT DEVICE, WEAPONS, HAVE BEEN USED ON ME SINCE ARIVING IN MISSULA YESTERDAY, AND SPECIFICLY

WHILE WRITTING MY PETITION FOR WRIT OF HABEAS CORPUS WHILE IN THIS UNITED STATES COURT.

I SWARE THIS IS TRUE.

*Nicholas Joseph Nardini*